

**FILED**
10/14/2021 LK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **1:21-CR-00643** **JUDGE BUCKLO** **MAGISTRATE JUDGE VALDEZ** |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| NOKOMIS JEFFERSON | |

The SPECIAL JULY 2021 GRAND JURY charges:

On or about March 9, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

NOKOMIS JEFFERSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus 1911 Officer, .45 caliber semi-automatic pistol, bearing serial number NMB43335, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a Taurus 1911 Officer, .45 caliber semi-automatic pistol, bearing serial number NMB43335, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY